# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEISHA NEWSOM, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL PAYMENTS, INC., d/b/a CAPITAL PROCESSING NETWORK,<br><br>Defendant. | Case No.: 16cv3023-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>[Doc. No. 13] |

On March 29, 2017, the parties filed a joint motion to dismiss this action with prejudice as to the named Plaintiff Keisha Newsom, and without prejudice as to the Putative Class. Doc. No. 13. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice as to the named Plaintiff Keisha Newsom, and without prejudice as to the Putative Class. The Court declines to retain jurisdiction over the settlement of this action. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: March 29, 2017

HON. MICHAEL M. ANELLO
United States District Judge